PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Miguel Reyna	Case Number: A-14-CR-283(01)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: February 18, 2015

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 924(g)(1) and (a)(2)

Original Sentence: 18 months' imprisonment, followed by a three-year term of supervised release. Special conditions include substance abuse treatment; alcohol abstinence; search condition; and a $100 special assessment (satisfied)

Type of Supervision: Supervised Release   Date Supervision Commenced: November 21, 2019

Assistant U.S. Attorney: Daniel M. Castillo   Defense Attorney: David M.C. Peterson (AFPD)

### PREVIOUS COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

**Nature of Non-compliance:** On February 16, 2020, during an unannounced home contact, the defendant was requested to submit to a drug urinalysis. This officer noticed that the sample's clarity was very clear as if it was only water. As the sample looked tampered with, the defendant was questioned as to the clarity of the sample. The defendant admitted that the sample was in fact diluted with water. Subsequently, Reyna admitted to the Probation Officer that he used methamphetamine on or about February 15, 2020.

**U.S. Probation Officer Action:** Reyna currently attends individual substance abuse counseling once per week as a condition of state parole requirements. He was verbally admonished for his narcotic use and advised another narcotic use admittance or positive urinalysis would result in placement in substance abuse treatment with a U.S. Probation treatment provider. Reyna will be placed on random drug testing and his compliance will be closely monitored. Accordingly, the Court reserves the right to revisit this allegation in the future, and should Reyna incur any further violations, the Court will be notified immediately.

Approved by,	Respectfully Submitted,

_____	_____

Hector J. Garcia	Heather M. Durand
Supervising U.S. Probation Officer	U.S. Probation Officer
	Date: February 21, 2020

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  February 21, 2020