PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Miguel Reyna</u>	Case Number: <u>A-14-CR-283(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge</u>

Date of Original Sentence: <u>February 18, 2015</u>

Original Offense: <u>Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 924(g)(1) and (a)(2)</u>

Original Sentence: <u>18 months' imprisonent, followed by a three-year term of supervised release. Special conditions include substance abuse treatment; alcohol abstinence; search condition; and a $100 special assement (satisfied)</u>

Type of Supervision: <u>Supervised Release</u>	Date Supervision Commenced: <u>November 21, 2019</u>

Assistant U.S. Attorney: <u>Daniel M. Castillo</u>	Defense Attorney: <u>David M.C. Peterson (AFPD)</u>

---

### PREVIOUS COURT ACTION

On February 21, 2020, a Probation Form 12A was filed with the Court to address the defendant's drug use. No action was requested or taken by the Court.

On May 27, 2020, a Probation Form 12A was filed with the Court to address the defendant's drug use and failure to pay his $100 special assessment. No action was requested or taken by the Court.

### NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

**Nature of Non-compliance:** On October 7, 2020, during a contact with the defendant at his residence, he appeared to be under the influence of a narcotic and showing signs of paranoia. When asked if he had used any narcotics recently, Reyna admitted to using methamphetamine on or about October 4, 2020. On October 7, 2020, Reyna submitted to a drug test, said result returned positive for methamphetamine on October 23, 2020.

Miguel Reyna
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** On August 6, 2020, a parole violation warrant was issued for the defendant. Contact with the parole officer revealed Reyna had violated the conditions of the location monitoring program. On October 7, 2020, the parole violation warrant was served, and Reyna was arrested by the Granite Shoals Police Department at his home. On October 28, 2020, Reyna appeared before the parole board to address his violations. As of this writing, a disposition has not been reached. Reyna remains in custody at the Bastrop County Jail. The Probation Office respectfully requests no adverse action be taken at this time. Reyna has been admonished for his narcotic use. The Probation Officer will continue to monitor his custody status. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Reyna incur any further violations, the Court will be immediately notified.

| Approved by, | Respectfully submitted, |
|---|---|
| Hector J. Garcia<br>Supervising U.S. Probation Officer | Heather M. Durand<br>U.S. Probation Officer<br>Date: November 2, 2020 |

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other _____

Honorable Susan Hightower
United States Magistrate Judge

Date:  November 2, 2020