PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: <u>Miguel Reyna</u>     Case Number: <u>A-14-CR-283(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge</u>

Date of Original Sentence: <u>February 18, 2015</u>

Original Offense: <u>Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 924(g)(1) and (a)(2)</u>

Original Sentence: <u>18 months' imprisonent, followed by a three-year term of supervised release. Special conditions include substance abuse treatment; alcohol abstinence; search condition; and a $100 special assement (satisfied)</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>November 21, 2019</u>

Assistant U.S. Attorney: <u>Daniel M. Castillo</u>     Defense Attorney: <u>David M.C. Peterson (AFPD)</u>

---

**PREVIOUS COURT ACTION**

On February 21, 2020, a Probation Form 12A was filed with the Court to address the defendant's drug use. No action was requested or taken by the Court.

On May 27, 2020, a Probation Form 12A was filed with the Court to address the defendant's drug use and failure to pay his $100 special assessment. No action was requested or taken by the Court.

**NONCOMPLIANCE SUMMARY**

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

Miguel Reyna
Report on Offender Under Supervision
Page 2

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

**Nature of Non-compliance:** On December 15, 2020, during a contact with the defendant at his place of employment, he stalled and ultimately failed to submit a urine specimen.

Reyna submitted to a drug test on December 22, 2020, said result returned positive for methamphetamine on January 7, 2021.

On January 7, 2021, during a contact with the defendant at his residence, Reyna admitted to using methamphetamine on or about January 4, 2021.

**U.S. Probation Officer Action:** On August 6, 2020, a parole violation warrant was issued for the defendant. Contact with the parole officer revealed Reyna had violated the conditions of the location monitoring program. On October 7, 2020, the parole violation warrant was served, and Reyna was arrested by the Granite Shoals Police Department at his home. On October 28, 2020, Reyna appeared before the parole board to address his violations. On or about November 3, 2020, the defendant was continued on parole with the special condition of location monitoring.

The Probation Office respectfully requests no adverse action be taken at this time. Reyna has been admonished for his narcotic use. On January 7, 2021, Reyna was offered placement in a residential substance abuse treatment program; however, he declined formal treatment. Therefore, he was referred to Hill County Counseling and scheduled for a psychiatric evaluation and medication monitoring. The Probation Officer will continue to monitor his narcotic use and progress with the counseling provider. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Reyna incur any further violations, the Court will be immediately notified.

Approved by,

Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully submitted,

Heather M. Durand
U.S. Probation Officer
Date: January 12, 2021

Miguel Reyna
Report on Offender Under Supervision
Page 3

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other _____

                                                   _____
Honorable Susan Hightower
United States Magistrate Judge

Date:  January 12, 2021