PROB 12C
(6/96)

# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel Reyna          Case Number: A-14-CR-283(01)LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, United States District Judge

Date of Original Sentence: February 18, 2015

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 924(g)(1) and (a)(2)

Original Sentence: 18 months' imprisonment, followed by a three-year term of supervised release. Special conditions include substance abuse treatment; abstain from the use of alcohol and all other intoxicants; search condition; and a $100 special assement (satisfied)

Type of Supervision: Supervised Release     Date Supervision Commenced: November 21, 2019

Assistant U. S. Attorney: Daniel M. Castillo     Defense Attorney: David M.C. Peterson (AFPD)

---

### PREVIOUS COURT ACTION

On February 21, 2020, a Probation Form 12A was filed with the Court to address the defendant's drug use. No action was requested or taken by the Court.

On May 27, 2020, a Probation Form 12A was filed with the Court to address the defendant's drug use and failure to pay his $100 special assessment. No action was requested or taken by the Court.

On January 12, 2021, a Probation Form 12A was filed with the Court to address the defendant's drug use. No action was requested or taken by the Court.

On January 26, 2021, a Probation Form 12B was filed with the Court to allege the defendant's continued methamphetamine usage and his request for mental counseling. The defendant's conditions of supervision were modified to include mental health treatment and mental health medication. The Court concurred.

Miguel Reyna
Petition for Warrant or Summons for
Offender Under Supervision
Page 2

On March 8, 2021, a Probation Form 12A was filed with the Court to address the defendant's continued drug use and failure to take prescribed mental health medications. No action was requested to allow the defendant to adjust to his newly prescribed mental health medication and attend substance abuse and mental health treatment. The Court concurred.

## PETITIONING THE COURT

[ X ] To issue a warrant        [ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

**Nature of Non-compliance:** On March 15, 2021, Reyna submitted to a random drug test. Said result returned positive for methamphetamine on March 23, 2021.

**Violation of Special Condition:** "The defendant shall take all mental health medications that are prescribed by the treating physician."

**Nature of Non-compliance:** On March 15, 2021, Reyna admitted that he ceased taking his mental health medications on or about March 10, 2021, against the physician's direction.

**U. S. Probation Officer Recommendation:** Reyna has violated the conditions of his supervision as evidenced by his continued narcotic use since the inception of his supervised release. The defendant has been provided several opportunities for inpatient substance abuse treatment and has declined all. He underwent a psychiatric evaluation and mental health medications were provided to him at no cost. On two occasions, he has ceased taking his prescribed medications. It is apparent that Reyna is not a candidate for continued supervision. Therefore, it is respectfully recommended a warrant be issued and his term of supervised release be revoked.

Approved by,

_____
Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully submitted,

_____
Heather M. Durand
U.S. Probation Officer
Date: March 23, 2021

Miguel Reyna
Petition for Warrant or Summons for
Offender Under Supervision
Page 3

Received by,

_____
Daniel M. Castillo
Assistant U.S. Attorney

[✓] recommend   [ ] does not recommend     Justification:_____

**THE COURT ORDERS:**

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

_____
Honorable Susan Hightower
U.S. Magistrate Judge

 March 23, 2021
Date